# Court of Appeals
# of the State of Georgia

ATLANTA,  February 26, 2015

*The Court of Appeals hereby passes the following order:*

**A15A0995.   DIANE FOREHAND GRINDELL v. MICHAEL MACLEAN GRINDELL.**

Diane Grindell filed a garnishment action to collect child support arrears from Michael Grindell.  He filed a traverse, which the trial court granted.  Diane Grindell then filed this appeal.  We, however, lack jurisdiction.

First, appeals in domestic relations cases, including child support cases, must be taken by application for discretionary appeal as required under OCGA § 5-6-35 (a) (2).  See *Fitzgerald v. Department of Human Resources*, 231 Ga. App. 129 (497 SE2d 659) (1998).   Second, "[a]ppeals from cases involving garnishment or attachment" also must be brought by discretionary application.  OCGA § 5-6-35 (a) (4).  Because Grindell failed to follow the proper appellate procedure, her appeal is DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  02/26/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ , *Clerk.*